

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE )<br>)<br>PAUL LEE MAAG )<br>IANN VIRGINIA MAAG )<br>)<br>Debtor (s) )<br>)<br>) | Case No. 10-34858 WTT<br>Chapter 7<br><br>NOTICE OF PAYMENT OF<br>FUNDS INTO THE REGISTRY |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 13, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained eleven (11) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438172755.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 2 |
| Claimant: | American Infosource LP as agent for WFNNB an assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 |
| Claim Amount: | $980.65 |
| Distribution: | $0.15 |
| Claim No.: | 3 |
| Claimant: | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 |
| Claim Amount: | $9,171.74 |
| Distribution: | $1.40 |
| Claim No.: | 4 |
| Claimant: | Best Restaurant Equipment c/o Randal Robinson, Atty 601 S. High St., Fl. 2 Columbus, OH 43215 |
| Claim Amount: | $3,657.29 |
| Distribution: | $0.56 |
| Claim No.: | 6 |
| Claimant: | Ironridge Civil Solutions 2460 W. Hwy. 56, Ste. 6 Cedar City, UT 84721 |
| Claim Amount: | $19,480.28 |
| Distribution: | $2.97 |
| Claim No.: | 7 |
| Claimant: | Chase Bank USA, N.A. c/o Creditors Bankruptcy Services PO Box 740933 Dallas, TX 75374 |
| Claim Amount: | $1,286.57 |
| Distribution: | $0.20 |

| | |
|---|---|
| Claim No.: | 8 |
| Claimant: | American Express Bank FSB |
| | c/o Becket and Lee, LLP |
| | PO Box 3001 |
| | Malvern, PA 19355-0701 |
| Claim Amount: | $2,105.67 |
| Distribution: | $0.32 |
| | |
| Claim No.: | 10 |
| Claimant: | Elan Financial Services as servicer for |
| | Far West Bank |
| | PO Box 5229 |
| | Cincinnati, OH 45201 |
| Claim Amount: | $4,824.51 |
| Distribution: | $0.74 |
| | |
| Claim No.: | 11 |
| Claimant: | Capital Recovery IV, LLC |
| | c/o Recovery Management Systems Corp. |
| | 25 SE 2nd Avenue, Suite 1120 |
| | Miami, FL 33131-1605 |
| Claim Amount: | $2,081.86 |
| Distribution: | $0.32 |
| | |
| Claim No.: | 12 |
| Claimant: | FIA Card Services, NA Bank of America |
| | By American InfoSource LP as its agent |
| | PO Box 248809 |
| | Oklahoma City, OK 73124-8809 |
| Claim Amount: | $8,236.96 |
| Distribution: | $1.26 |
| | |
| Claim No.: | 13 |
| Claimant: | FIA Card Services, NA/Bank of America |
| | By American InfoSource LP as its agent |
| | PO Box 248809 |
| | Oklahoma City, OK 73124-8809 |
| Claim Amount: | $7,171.59 |
| Distribution: | $1.09 |
| | |
| Claim No.: | 16 |
| Claimant: | Portfolio Recovery Associates, LLC |
| | PO Box 41067 |
| | Norfolk, VA 23541 |
| Claim Amount: | $10,821.97 |
| Distribution: | $1.65 |

5. A check in the amount of $10.66 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 10-17-2011

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 18th day of October, 2011:

AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB
AN ASSIGNEE OF
VICTORIA'S SECRET
PO BOX 248872
OKLAHOMA CITY, OK 73124-8872

DISCOVER BANK
DB SERVICING CORPORATION
PO BOX 3025
NEW ALBANY, OH 43054-3025

BEST RESTAURANT EQUIPMENT
c/o RANDAL ROBINSON, ATTY
601 S. HIGH ST., FL. 2
COLUMBUS, OH 43215

IRONRIDGE CIVIL SOLUTIONS
2460 W. HWY. 56, STE. 6
CEDAR CITY, UT 84721

CHASE BANK USA, N.A.
c/o CREDITORS BANKRUPTCY SERVICES
PO BOX 740933
DALLAS, TX 75374

AMERICAN EXPRESS BANK FSB
c/o BECKET AND LEE, LLP
PO BOX 3001
MALVERN, PA 19355-0701

ELAN FINANCIAL SERVICES AS SERVICER FOR
FAR WEST BANK
PO BOX 5229
CINCINNATI, OH 45201

CAPITAL RECOVERY IV, LLC
c/o RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2nd AVENUE, SUITE 1120
MIAMI, FL 33131-1605

FIA CARD SERVICES, NA/BANK OF AMERICA
BY AMERICAN INFOSOURCE LP AS ITS AGENT
PO BOX 248809
OKLAHOMA CITY, OK 73124-8809

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 41067
NORFOLK, VA 23541

*Melanie Valderrama*